JS - 6

# PRIORITY SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-0011-VAP (OPx)                    Date:  March 13, 2009

Title:      AURORA LOAN SERVICES, LLC -v- ALEJANDRO MADERA CHAVEZ;
            AND Does 1 to 10 Inclusive
================================================================
PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

         None                              None


PROCEEDINGS: ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT
             FOR THE COUNTY OF RIVERSIDE (IN CHAMBERS)

     This Court issued an Order to Show Cause regarding subject matter jurisdiction on February 6, 2009.  Defendant failed to timely reply.  The Court hereby REMANDS the case to the California Superior Court for the County of Riverside.


     **IT IS SO ORDERED.**


MINUTES FORM 11                              Initials of Deputy Clerk dts
CIVIL -- GEN                    Page 1